Kenneth Jordan EZELL, Jr.,
Plaintiff—Appellant,

v.

SOCIAL SECURITY ADMINISTRATION; Jo Anne B. Barnhart, as an individual; James F. Strues, as an individual; Ronald C. Dickinson, as an individual; Robert S. Carr, as an individual, Defendants—Appellees.

No. 05–1681.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 27, 2005.

Decided Sept. 29, 2005.

Kenneth Jordan Ezell, Jr., Appellant Pro Se.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Jordan Ezell, Jr., appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his civil action under 42 U.S.C. § 1983 (2000) without prejudice. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Ezell v. Social Sec. Admin., No. CA–05–1084–2–PMD (D.S.C. May 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED